

Serge F. Petroff
Steven Amshen*
Christopher Villanti
David R. Smith
James Tierney
Andrea Bonilla
Jill Schaefer
Yehuda Morgenstern
(*admitted in New York & New Jersey)

June 24, 2019

**Hon. Nancy Hershey Lord**
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|  |  |  |
|---|---|---|
| **Case Name**: | Roslyn Frances Southerland |
| **Case No.**: | 1-18-41912-nhl |
| **Re**: | Loss Mitigation Status Report |

Dear Honorable Lord,

    This office represents the Debtor, Roslyn Frances Southerland, in the instant Loss Mitigation proceeding. Please allow this letter to serve as a status report for the upcoming conference, scheduled for July 2, 2019.

    On June 14, 2019, this office submitted Debtor's updated loss mitigation package to Pincus Law Group, LLC, attorneys for Shellpoint Mortgage Servicing. As of the date of this letter, no additional documents have been requested by the creditor.

    Should Your Honor have any questions, please feel free to contact the undersigned.

                                                              Sincerely,

                                                               */s/ Steven Amshen*
                                                               Steven Amshen, Esq.