

Serge F. Petroff
Steven Amshen*
Christopher Villanti
David R. Smith
James Tierney
Andrea Bonilla
Jill Schaefer
Yehuda Morgenstern
(*admitted in New York & New Jersey)

June 27, 2019

**Hon. Nancy Hershey Lord**
United States Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|  |  |
|---|---|
| **Case Name**: | Roslyn Frances Southerland |
| **Case No.**: | 1-18-41912-nhl |
| **Re**: | [5] [30] Loss Mitigation |

Dear Honorable Lord,

    This office represents the Debtor, Roslyn Frances Southerland, in the instant Chapter 13 bankruptcy proceeding. Please allow this letter to confirm that the loss mitigation status conference, originally scheduled to be held on July 2, 2019, at 3:00 P.M., is being adjourned on consent to **August 20, 2019, at 11:30 A.M.**

    Should Your Honor have any questions, please feel free to contact the undersigned.

Sincerely,

*/s/ Steven Amshen*
Steven Amshen, Esq.

---

**Brooklyn Office**
1795 Coney Island Avenue, 3rd Floor
Brooklyn, New York 11230
Tel: 718.336.4200
Fax: 718.336.4242

**Long Island Office**
401 Franklin Avenue, Suite 212
Garden City, New York 11530
Tel: 516.200.8999
Fax: 888.502.7302

**New Rochelle Office**
175 Huguenot Street, Suite 200
New Rochelle, NY 10801
Tel: 718.336.4200
Fax: 718.336.4242

*Via CM/ECF to:*

Tracy D Banks on behalf of Creditor New Residential Mortgage Loan Trust 2014-NPL1, U.S. Bank Trust National Association, not in its individual capacity by solely as Indenture Trustee
tracy.banks@roachlin.com

Marianne DeRosa
Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com

David J. Doyaga
david.doyaga.sr@gmail.com, NY98@ecfcbis.com,carolina@doyagalawfirm.com

David J. Doyaga on behalf of Interested Party David J. Doyaga
david.doyaga.sr@gmail.com, NY98@ecfcbis.com,carolina@doyagalawfirm.com

Michael C Manniello on behalf of Creditor New Residential Mortgage Loan Trust 2014-NPL1, U.S. Bank Trust National Association, not in its individual capacity by solely as Indenture Trustee
michael.manniello@roachlawfirm.com, bankruptcy@roachlawfirm.com

Martin A Mooney on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
ahight@schillerknapp.com,
kcollins@schillerknapp.com;bfisher@schillerknapp.com;Tshariff@schillerknapp.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Kiyam J Poulson on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-ThroughTrust X
kpoulson@poulsonlawpllc.com